# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 03-202 |
| MICAL J. COBLENTZ | SECTION: "J" |

## ORDER

Considering the above and foregoing Unopposed Motion to Modify Conditions of Release;

**IT IS HEREBY ORDERED** that the defendant, Mical J. Coblentz's conditions of release be modified to include the following;

1. The defendant, Mical Coblentz may reside with his father, Ken Coblentz, who can keep and utilize computers and use the internet from his home.

2. The defendant will agree that he will not access any computer in his father's residence including the internet pornography of any sort or erotic chat rooms.

3. The defendant and his father will give blanket consent to random searches of Mr. Ken Coblentz's computers by Probation to insure that he is honoring his agreement.

**NEW ORLEANS, LOUISIANA**, this __14th__ day of May, 2007.

_____
**UNITED STATES DISTRICT JUDGE**